[No. 31453-3-II.   Division Two.   February 15, 2005.]

ADAM WOOD, ET AL., *Appellants*, v. THURSTON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-2-00079-2, Daniel J. Berschauer, J., entered February 26, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 31849-1-II.   Division Two.   February 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON B. TIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 02-1-00017-2, Kenneth D. Williams, J., entered June 4, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.

[No. 22262-4-III.   Division Three.   February 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK JOSEPH LINEBARGER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00449-0, Linda G. Tompkins, J., entered July 28, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J.

[No. 22423-6-III.   Division Three.   February 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN KEITH SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-03023-9, Robert D. Austin, J., entered September 29, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Brown, J.